AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Southern | District of | New York |

He Yin LIN (A73-166-544)
Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Secretary of Homeland
Security; and Andrea Quarantillo, District Director

CASE NUMBER:

## **07 CIV 7736**

## JUDGE PRESKA

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of DHS (245 Murray Dr. SW, Building 410,
Washington, DC 20528) & Andrea Quarantillo, USCIS NYC District
Director(26 Federal Plaza, New York, NY 10278)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Yee Ling Poon,Esq.
Law Offices of Yee LIng Poon
11 East Broadway, 5th Fl.
New York, NY 10038

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 3 0 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/30/2007 |
| NAME OF SERVER *(PRINT)*<br>Peggie Kui | TITLE<br>Mrs. | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Priority Mail to: Michael Chertoff (245 Murray Dr. SW Building 410, Washington DC 20528); Andrea Quarantillo (26 Federal Plaza, NY, NY 10278); USAO for SDNY(86 Chambers St.,3rd Fl. NY.NY 10007)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $13.80 | TOTAL $13.80 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____8/30/2007_____          _____*Phi*_____
                     Date                            *Signature of Server*


11 E Broadway, 5th FL. New York, NY 10038
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JS 44C/SDNY
REV. 12/2004

JUDGE PRESKA

**CIVIL COVER SHEET**

07 CIV 7736

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| He Yin LIN (73-166-544) | Michael Chertoff, Secretary of DHS<br>Andrea Quarantillo, District Director, USCIS NY District Office. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Yee Ling Poon, Law Offices of Yee Ling Poon,<br>11 East Broadway, 5th Floor, NY, NY 10038 212-385-4575 | RECEIVED<br>AUG 3 0 2007<br>S.D. OF N.Y.<br>CASHIERS |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. Sec. 1361, complaint for Writ of Mandamus to compel Defendants to adjudicate Plaintiff's application for Adjustment of Status.

Has this or a similar case been previously filed in SDNY at any time? No ☒ Yes? ☐   Judge Previously Assigned

If yes, was this case  Vol.☐  Invol. ☐  Dismissed.  No ☐  Yes ☐   If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*                 NATURE OF SUIT

ACTIONS UNDER STATUTES

| CONTRACT | TORTS<br>PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE<br>[ ] 120 MARINE<br>[ ] 130 MILLER ACT<br>[ ] 140 NEGOTIABLE<br>INSTRUMENT<br>[ ] 150 RECOVERY OF<br>OVERPAYMENT &<br>ENFORCEMENT OF<br>JUDGMENT<br>[ ] 151 MEDICARE ACT<br>[ ] 152 RECOVERY OF<br>DEFAULTED<br>STUDENT LOANS<br>(EXCL VETERANS)<br>[ ] 153 RECOVERY OF<br>VETERAN'S BENEFITS<br>[ ] 160 STOCKHOLDERS SUITS<br>[ ] 190 OTHER CONTRACT<br>[ ] 195 CONTRACT PRODUCT<br>LIABILITY<br>[ ] 196 FRANCHISE | [ ] 310 AIRPLANE<br>[ ] 315 AIRPLANE PRODUCT<br>LIABILITY<br>[ ] 320 ASSAULT, LIBEL &<br>SLANDER<br>[ ] 330 FEDERAL<br>EMPLOYERS'<br>LIABILITY<br>[ ] 340 MARINE<br>[ ] 345 MARINE PRODUCT<br>LIABILITY<br>[ ] 350 MOTOR VEHICLE<br>[ ] 355 MOTOR VEHICLE<br>PRODUCT LIABILITY<br>[ ] 360 OTHER PERSONAL<br>INJURY | [ ] 362 PERSONAL INJURY -<br>MED MALPRACTICE<br>[ ] 365 PERSONAL INJURY<br>PRODUCT LIABILITY<br>[ ] 368 ASBESTOS PERSONAL<br>INJURY PRODUCT<br>LIABILITY<br><br>PERSONAL PROPERTY<br><br>[ ] 370 OTHER FRAUD<br>[ ] 371 TRUTH IN LENDING<br>[ ] 380 OTHER PERSONAL<br>PROPERTY DAMAGE<br>[ ] 385 PROPERTY DAMAGE<br>PRODUCT LIABILITY | [ ] 610 AGRICULTURE<br>[ ] 620 FOOD & DRUG<br>[ ] 625 DRUG RELATED<br>SEIZURE OF<br>PROPERTY<br>21 USC 881<br>[ ] 630 LIQUOR LAWS<br>[ ] 640 RR & TRUCK<br>[ ] 650 AIRLINE REGS<br>[ ] 660 OCCUPATIONAL<br>SAFETY/HEALTH<br>[ ] 690 OTHER<br><br>LABOR<br><br>[ ] 710 FAIR LABOR<br>STANDARDS ACT<br>[ ] 720 LABOR/MGMT<br>RELATIONS<br>[ ] 730 LABOR/MGMT<br>REPORTING &<br>DISCLOSURE ACT<br>[ ] 740 RAILWAY LABOR ACT<br>[ ] 790 OTHER LABOR<br>LITIGATION<br>[ ] 791 EMPL RET INC<br>SECURITY ACT | [ ] 422 APPEAL<br>28 USC 158<br>[ ] 423 WITHDRAWAL<br>28 USC 157<br><br>PROPERTY RIGHTS<br><br>[ ] 820 COPYRIGHTS<br>[ ] 830 PATENT<br>[ ] 840 TRADEMARK<br><br>SOCIAL SECURITY<br><br>[ ] 861 HIA (1395FF)<br>[ ] 862 BLACK LUNG (923)<br>[ ] 863 DIWC (405(g))<br>[ ] 863 DIWW (405(g))<br>[ ] 864 SSID TITLE XVI<br>[ ] 865 RSI (405(g))<br><br>FEDERAL TAX SUITS<br><br>[ ] 870 TAXES<br>[ ] 871 IRS-THIRD PARTY<br>20 USC 7609 | [ ] 400 STATE<br>REAPPORTIONMENT<br>[ ] 410 ANTITRUST<br>[ ] 430 BANKS & BANKING<br>[ ] 450 COMMERCE/ICC<br>RATES/ETC<br>[ ] 460 DEPORTATION<br>[ ] 470 RACKETEER INFLU-<br>ENCED & CORRUPT<br>ORGANIZATION ACT<br>(RICO)<br>[ ] 480 CONSUMER CREDIT<br>[ ] 490 CABLE/SATELLITE TV<br>[ ] 810 SELECTIVE SERVICE<br>[ ] 850 SECURITIES/<br>COMMODITIES/<br>EXCHANGE<br>[ ] 875 CUSTOMER<br>CHALLENGE<br>12 USC 3410<br>[ ] 891 AGRICULTURE ACTS<br>[ ] 892 ECONOMIC<br>STABILIZATION ACT<br>[ ] 893 ENVIRONMENTAL<br>MATTERS<br>[ ] 894 ENERGY<br>ALLOCATION ACT<br>[ ] 895 FREEDOM OF<br>INFORMATION ACT<br>[ ] 900 APPEAL OF FEE<br>DETERMINATION<br>UNDER EQUAL ACCESS<br>TO JUSTICE<br>[ ] 950 CONSTITUTIONALITY<br>OF STATE STATUTES<br>[x] 890 OTHER STATUTORY<br>ACTIONS |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| [ ] 210 LAND CONDEMNATION<br>[ ] 220 FORECLOSURE<br>[ ] 230 RENT LEASE &<br>EJECTMENT<br>[ ] 240 TORTS TO LAND<br>[ ] 245 TORT PRODUCT<br>LIABILITY<br>[ ] 290 ALL OTHER<br>REAL PROPERTY | [ ] 441 VOTING<br>[ ] 442 EMPLOYMENT<br>[ ] 443 HOUSING<br>ACCOMMODATIONS<br>[ ] 444 WELFARE<br>[ ] 445 AMERICANS WITH<br>DISABILITIES -<br>EMPLOYMENT<br>[ ] 446 AMERICANS WITH<br>DISABILITIES -OTHER<br>[ ] 440 OTHER CIVIL RIGHTS | [ ] 510 MOTIONS TO<br>VACATE SENTENCE<br>20 USC 2255<br>[ ] 530 HABEAS CORPUS<br>[ ] 535 DEATH PENALTY<br>[ ] 540 MANDAMUS & OTHER<br>[ ] 550 CIVIL RIGHTS<br>[ ] 555 PRISON CONDITION |

**Check if demanded in complaint:**

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____      DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

[x] 1 Original Proceeding  [ ] 2 Removed from State Court  [ ] 3 Remanded from Appellate Court  [ ] 4 Reinstated or Reopened  [ ] 5 Transferred from (Specify District)  [ ] 6 Multidistrict Litigation  [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF  [x] 2 U.S. DEFENDANT  [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)**

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

He Yin LIN
115-95 Lefferts Blvd.,
South Ozone Park, NY 11420

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Michael Chertoff, Secretary of DHS
U.S. Department of Homeland Security
Washington, D.C. 20528

Andrea Quarantillo
US CIS New York City District Office
26 Federal Plaza, New York, NY 10278

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE          SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
                                                        [ ] NO
RECEIPT #                                               [x] YES (DATE ADMITTED Mo. Aug    Yr. 1991 )
                                                        Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

JUDGE PRESKA    **'07 CIV  7736**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NEW YORK

He Yin LIN
    (A# 73-166-544)

    Plaintiff

v.

Michael Chertoff,  Secretary of
Homeland Security;
    and
Andrea Quarantillo, District Director,
USCIS New York City District Office.

    Defendants



## PLAINTIFF'S ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF
## MANDAMUS

    Plaintiff, by his attorney, Yee Ling Poon, Esq., hereby alleges, upon information and belief, as follows:

### INTRODUCTION

1.    This action is brought against the Defendants to compel action on an application for adjustment of status (INS Form I-485) properly filed by Plaintiff.  The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

### PARTIES

2.    Plaintiff He Yin LIN is a thirty-nine year old native and citizen of the People's Republic of China.  He is married to a Legal Permanent Resident of the United States, Chun Xiao WU (A42-719-788).  Based on an approved petition from his wife, Plaintiff is waiting to adjust status to a Lawful Permanent Resident of the United States.

1

3.    Defendant Michael Chertoff is Secretary of Homeland Security, and this action is brought against him in his official capacity.  He is generally charged with enforcement of the Immigration and Nationality Act (INA), and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security (DHS).  Pursuant to the provisions of the Homeland Security Act of 2002 (Pub. L. No. 107-296), which was signed into law on November 25, 2002, the functions of the Immigration and Nationality Services of the Department of Justice, and all authorities with respect to those functions, transferred to DHS on March 1, 2003, and the INS was abolished on that date.  The transition and savings provisions of the Homeland Security Act, including sections 1512(d) and 1517, provide that references relating to the INS in statutes, regulations, directives or delegations of authority shall be deemed to refer to the appropriate official or component of DHS.

4.    Defendant Andrea Quarantillo is an official of USCIS generally charged with supervisory authority over all operations of the USCIS within her District with certain specific exceptions not relevant here. 8 C.F.R. 103.1(g)(2)(ii)(B).  Plaintiff filed his I-485 adjustment of status application with the New York City District office where, upon information and belief, his application is currently pending.

**JURISDICTION**

5.    Jurisdiction in this case is proper under 28 U.S.C. §§1331 and 1361, 5 U.S.C. §555(b), and the Immigration and Nationality Act and regulations implementing it (Title 8 of the CFR).  Relief is requested pursuant to said statutes.

6.    Under 28 U.S.C. §1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  There is jurisdiction under 28 U.S.C. §1331 because this action arises under 28 U.S.C. §1361 (mandamus), the Administrative Procedure Act (APA) (5 U.S.C. §555(b) and 5 U.S.C. §702), and the Immigration and Nationality Act (INA) and regulations implementing it (Title 8 of the CFR).

7.    Under 28 U.S.C. §1361, "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

8.    The APA requires USCIS to carry out its duties within a reasonable time. 5 U.S.C. §555(b) states that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it."  USCIS is subject to 5 U.S.C. §555(b).  Plaintiff contends that the delays in processing her application for adjustment of status are unreasonable.

9.    Both the regulations and the INA provide numerous examples of duties owed by USCIS in the adjustment of status process. 8 U.S.C. §1103 states that "[t]he Attorney General *shall* be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens." (emphasis added). The Code of Federal Regulations further provides that "[e]ach applicant for adjustment of status under this part *shall* be interviewed by an immigration officer," 8 C.F.R. §245.6 (emphasis added); and, most importantly, that "the applicant *shall* be notified of the decision of the Director, and, if the application is denied, the reasons for the denial." 8 C.F.R. §245.2 (emphasis added). The language of the statute and these regulations is mandatory, not discretionary, and requires the Defendants to adjudicate the adjustment of status application.

## VENUE

10.    Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District in which a Defendant maintains her office, and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. More specifically, Plaintiff's application for adjustment of status was properly filed and, to Plaintiff's knowledge, remains pending with the USCIS office in this district.

## FACTS

11.    Plaintiff is a native and citizen of the PRC. He was born on June 14, 1968.

12.    Plaintiff is married to Chun Xiao WU, a Legal Permanent Resident of the United States, (A42-719-788). They married in New York, NY on June 11, 1996 and have two children together.

13.    On April 26, 1999, Plaintiff's wife filed an I-130 petition, pursuant to INA § 203(a)(2)(A), for Plaintiff, her husband.

14.    On February 05, 2002 the legacy Immigration and Naturalization Service (INS) approved the I-130 petition. (Exhibit 1).

15.    On April 06, 2004, Plaintiff filed an I-485 adjustment of status application based on the underlying approved I-130 petition. A visa number was available to him at that time. (Exhibit 2).

16.    On August 4, 2005, Plaintiff was Interviewed by District Adjudicating Officer (D.A.O.) Villaume at the U. S. Citizenship and Immigration Services(USCIS) located on 711 Stewart Avenue in Garden City, NY. (Exhibit 3)

3

17.    On the day of the Adjustment Interview, Plaintiff was given a written request to submitt the Supplement to Form I-693 by September 4, 2005. (Exhibit 4)

18.    On August 15, 2005, Plaintiff complied with the Request and, through counsel, mailed the requested completed Supplement Form I-693 to D.A.O. Villaume at the USCIS Office at Garden City, NY.   (Exhibit 4)

19.    Since his Interview and compliance with the requested material in August of 2005, Plaintiff has not received a decision on his adjustment application. Through counsel, Plaintiff submitted four separate inquiries requesting a decision on his I-485 adjustment application; one written inquiry submitted in person at 26 Federal Plaza, New York, NY Room 310 (Exhibit 5), two other written inquiries sent directly to D.O.A. Villaume at USCIS in Garden City New York (Exhibits 6 and 7), and one telephone inquiry made through the National Customer Service Center (Exhibit 8), on February 9, 2006, October 19, 2006, February 8, 2007, and May 02, 2007, respectively.

20.    In Response to his written inquiries, Plaintiff received two undated standarized boilerplate letters from the USCIS, California Service Center, instructing him to inquire via the National Customer Service Center  and providing him no information on the status of his application.  (Exhibits 6 and 7).

21.    In response to his telephone inquiry, Plaintiff received another generic or boilerplate written response dated May 29, 2007 from  USCIS at 26 Federal Plaza, NewYork, NY, stating that they are actively processing his case and have to perform additional review on it.  It further instructed Plaintiff to contact the National Customer Service Center if he does not receive a decison within 6 months of the letter. (Exhibit 8).

22.    Per USCIS 's own Case Status Service Online, the review of the fingerprints taken on 05/24/2004,  has been completed. (Exhibit 9).

23.    According to USCIS New York NY Processing Dates Posted on July 16, 2007, the filing date of I-485 adjustment application cases that are currently  being processed is October 26, 2006; more than two years past the filing date of Plaintiff's adjustment application. (Exhibit 10).

## EXHUSTION OF REMEDIES

24.    Plaintiff has exhausted his administrative remedies.  He has complied with all the requirements for seeking adjustment of status and has, both individually and through an attorney, made several inquiries and requests for a decision on  his application to no avail.

4

25.    The generic boilerplate responses made to Plaintiff which were devoid of any specific information on the status of his case have no weight and cannot be considered against exhaustion of remedies. Boilerplate responses may continue to be sent by USCIS for another two years without any actual results. USCIS has all the information it needs to adjudicate, security clearance has been completed, and visa numbers have long been available; a response stating that additional review is being made on a case two years after an interview was conducted is equivent to no response at all.

## REQUEST FOR RELIEF
## COUNT ONE

26.    Defendants have willfully and unreasonably delayed and have refused to render a decision on Plaintiff's application for adjustment of status. Plaintiff's application for adjustment of status has now remained unadjudicated for over three years since the filing of his application, and a month short of two years since his adjustment interview and his full compliance with the request for additional material..

27.    The delay in rendering a decision is not attributable to Plaintiff.

28.    Defendants owe Plaintiff a duty to render a decision on his adjustment of status application and have unreasonably failed to perform that duty. This duty is owed under the INA and regulations, as well as by the fact that by charging a filing fee, USCIS created for itself an obligation to process and adjudicate the application.

29.    Defendants have sufficient information to adjudicate Plaintiff's adjustment of status application.

30.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to render a decision onPlaintiff's adjustment application for almost two years, thereby depriving him of the right to a decision on his status and the peace of mind to which Plaintiff is entitled.

31.    The delay is unreasonable per se.

32.    The delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency, and which further indicate that adjustment of status applications can be processed in less time now than in prior years.

33.    Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

(a)  Plaintiff's elderly parents are in the PRC, who he cannot visit without special permission. So long as his application for adjustment of status is pending, Plaintiff's travel is restricted by federal regulation which requires special permission to travel abroad ("advanced parole") during the pendency of such application. 8 C.F.R. §245.2(a)(4). Departure without the advanced parole would be deemed an abandonment of the permanent resident application. Id. Plaintiff will therefore be forced to repeatedly apply (and pay) for this special travel permission, and will be unable to travel while said advanced parole applications will be pending. This situation operates to the great inconvenience and harassment of Plaintiff and her family.

(b)  Plaintiff has further been damaged in that his employment authorization is tied to his status as an applicant for permanent residency, and is limited to increments not to exceed one year. 8 C.F.R. §274a.12(c)(9). Therefore, as in the case of the advanced parole, Plaintiff has been forced to repeatedly apply (and pay) for extensions of employment authorization, to the continued inconvenience and harassment of Plaintiff.

(c)  Plaintiff has further been damaged by simply being deprived of the status of lawful permanent resident during the interminable pendency of his application.

(d)  Plaintiff has further been damaged by being made to suffer an unnecessary delay in obtaining all the rights and privileges deriving from U.S. citizenship, including the right to vote and to fully participate in U.S. society and to petition for his elderly parents to emigrate to the United States.

34.  Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

35.  Plaintiff has made numerous status inquiries in an attempt to secure adjudication of his application, all to no avail.

**PRAYER**

36.  WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a)  requiring Defendants to render a decision on Plaintiff's application for adjustment of status;

6

(b)    awarding Plaintiff reasonable attorney's fees; and

(c)    granting such other relief at law and in equity as justice may require.


Respectfully submitted,

/s/ Yee Ling Poon
Yee Ling Poon, Esq.
Law Offices of Yee Ling Poon
11 East Broadway, 5th Floor
New York, NY 10038
(212) 385-4575

7

## LIST OF ATTACHMENTS

Exhibit1................I-130 Approval Notice dated February 5, 2002

Exhibit 2................I-485 Application filed on April 01, 2004

Exhibit 3............ ...Notice Requesting Applicant to Appear for Interview on
August 4, 2005

Exhibit 4................Submission of Requested Evidence dated 8/15/2005

Exhibit 5................Info Pass Inquiry Form dated 2/9/2006

Exhibit 6................ Inquiry Letter to Garden City, NY  dated 10/19/2006 and
USCIS Response- Undated

Exhibit 7................ Inquiry Letter to Garden City, NY  dated 2/12/2007 and
USCIS Response- Undated

Exhibit 8................ Inquiry via Natioanl Customer Service Center dated
05/02/2007

Exhibit 9................USCIS Case Status Service Online dated 05/02/2007 with
I- 485 Receipt Notice

Exhibit 10..............USCIS New York City NY Processing Dates posted
July 16, 2007

Immigration and Naturalization Service **Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** EAC-99-154-50317 | **CASE TYPE** I130   IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| **RECEIPT DATE** April 26, 1999 **PRIORITY DATE** April 20, 1999 | **PETITIONER** A42 719 788 WU, CHUN XIAO |
| **NOTICE DATE** February 5, 2002 **PAGE** 1 of 1 | **BENEFICIARY** A73 166 544 LIN, HE YIN |

CHUN XIAO WU
127 AVENUE C 1ST FLOOR
BROOKLYN NY 11218

**Notice Type:** Approval Notice
Section: Husband or wife of permanent
          resident, 203(a)(2)(A) INA

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The information submitted with the petition shows that the person for whom you are petitioning is not eligible to file an adjustment of status application at this time.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person for whom you are petitioning lives.

Until the person for whom you are petitioning files an adjustment application, or applies for an immigrant visa, this approved petition will be stored in this office. If the person for whom you are petitioning becomes eligible to adjust status based on this petition, he or she should submit a copy of this notice with Form I-485, Application for Permanent Residence. Form I-485 may be obtained at the local INS office.

If the person for whom you are petitioning decides to apply for an immigrant visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone:** (802) 527-4913



U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

# Form I-485, Application to Register Permanent Residence or Adjust Status

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **LIN** | Given Name **He Yin** | Middle Initial |

Address - C/O

| | |
|---|---|
| Street Number and Name **115-95 Lefferts Blvd.** | Apt. # **#2R** |

City **South Ozone Park**

| State **NY** | Zip Code **11420** |
|---|---|
| Date of Birth (month/day/year) **06/14/1968** | Country of Birth **P.R.China** |
| Social Security # **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** | A # (if any) **73-166-544** |
| Date of Last Arrival (month/day/year) **05/09/1992** | I-94 # **Lost** |
| Current INS Status **I-130 Approved** | Expires on (month/day/year) **Unknown** |

### Part 2. Application Type.      *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:      *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| ———— ———— | |
| **Resubmitted** | |
| ———— ———— | |
| **Reloc Sent** | |
| ———— ———— | |
| **Reloc Rec'd** | |
| ———— ———— | |
| ☐ Applicant Interviewed | |

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

| To Be Completed by Attorney or Representative, if any |
|---|
| ☒ Fill in box if G-28 is attached to represent the applicant |
| VOLAG# |
| ATTY State License # |

## Part 3. Processing Information

| A. City/Town/Village of Birth     ChangLe | Current occupation |
|---|---|
| Your mother's first name     Jin Jiao | Your father's first name     Jian Jian |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**N/A**

| Place of last entry into the U.S. (City/State)     Los Angeles, CA | In what status did you last enter?   *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?   ☒ Yes  ☐ No | **H3 Visa** |
| Nonimmigrant Visa Number     Unknown | Consulate where Visa was issued     Unknown |
| Date Visa was issued (month/day/year)     Forgot | Sex:  ☒ Male  ☐ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?   ☒ No   ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name  WU | Given Name  Chun Xiao | Middle Initial | Date of Birth (month/day/year)  08/23/1971 |
|---|---|---|---|
| Country of Birth     P.R.China | Relationship     Wife | A #  42-719-788 | Applying with you?  ☐ Yes  ☒ No |
| Family Name  LIN | Given Name  Rong Hui | Middle Initial | Date of Birth (month/day/year)  10/06/1995 |
| Country of Birth     USA | Relationship     Daughter | A #  None | Applying with you?  ☐ Yes  ☒ No |
| Family Name  LIN | Given Name  Kevin | Middle Initial | Date of Birth (month/day/year)  12/20/1998 |
| Country of Birth     USA | Relationship     Son | A #  None | Applying with you?  ☐ Yes  ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

**None**

## Part 3. Processing Information *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

**Part 4. Signature.**   *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| *Signature* | *Print Your Name* | *Date* 3/22/04 | *Daytime Phone Number* |
|---|---|---|---|

**Please Note:**   *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.**   *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* Yee Ling Poon /sh | *Print Your Name* | *Date* 3/22/04 | *Daytime Phone Number* 212-385-4575 |
|---|---|---|---|

*Firm Name* LAW OFFICES OF YEE LING POON
*and Address*  11 EAST BROADWAY, SUITE 5A
NEW YORK, NEW YORK 10038

Form I-485 (Rev. 02/07/00)N Page 4

OMB No. 1115-0053 (Expires 05-31-05)

U.S. Department of Justice
Immigration and Naturalization Service

# Supplement A to Form I-485
## Adjustment of Status Under Section 245(i)

**Only use this form if you are applying to adjust status to that of a lawful permanent resident under Section 245(i) if the Immigration and Nationality Act.**

| Part A.    Information about you. | | | INS Use Only |
|---|---|---|---|

| Last Name    LIN | First Name  He Yin | Middle Initial | |
|---|---|---|---|

Address:
*In care if -*

| Street Number and Name    115-95 Lefferts Blvd. | | Apt #  2R |
|---|---|---|

| City    South Ozone Park | State    NY | Zip Code    11420 |
|---|---|---|

| A # *(If any)* 73-166-544 | Date of Birth *(MM/DD/YYYY)* 06/14/1968 | Country of Birth    P.R.China |
|---|---|---|

## Part B.    Eligibility. *(Check the correct response.)*

1.  **I am filing Supplement A to Form I-485 because:**

    a. ☐  I am the beneficiary of a visa petition filed on or before January 14, 1998.

    b. ☒  I am the beneficiary of a visa petition filed on or after January 15, 1998.

    c. ☐  I am the beneficiary of an application for labor certification filed on or before January 14, 1998, and before April 30, 2001.

    d. ☐  I am the beneficiary of an application for labor certification filed on or after January 15, 1998, and on or before April 30, 2001.

    *If you checked box c or d on question one, you must submit evidence demonstrating that you were physically present in the United States on December 21, 2000.*

2.  **And I fall into one or more of these categories:** *(Check all that apply to you.)*

    a. ☐  I entered the United States as an alien crewman;

    b. ☐  I have accepted employment without authorization;

    c. ☒  I am in unlawful immigration status because I entered the United States without inspection or I remained in the United States past the expiration of the period of my lawful admission;

    d. ☐  I have failed (except through no fault of my own or for technical reasons) to maintain, continuously, unlawful status;

    e. ☐  I was admitted to the United States in transit without a visa;

    f. ☐  I was admitted as a nonimmigrant visitor without a visa;

    g. ☐  I was admitted to the United States as a nonimmigrant in the S classification; or

    h. ☐  I am seeking employment-based adjustment of status and am not in lawful nonimmigrant status.

## Part C.    Additional eligibility information.

1.  **Are you applying to adjust status based on any of the below reasons?**

    a. You were granted asylum in the United States;

    b. You have continuously resided in the United States since January 1, 1972;

    c. You entered as a K-1 fiance'(e) of a United States citizen:

    d. You have an approved Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant, and are applying for adjustment as a special immigrant juvenile court dependent or a special immigrant who has served in the United States armed forces, or a battered spouse or child;

    e. You are a native or citizen of Cuba, or the spouse or child of such alien, who was not lawfully inspected or admitted to the United States;

    f. You are a special immigrant retired international organization employee or family member;

    g. You are a special immigrant physician;

    h. You are a public interest parolee, who was denied refugee status, and are from the former Soviet Union, Vietnam, Laos or Cambodia (a "Lautenberg Parolee" under Public Law 101-167); or

    i. You are eligible under the Immigration Nursing Relief Act.

    ☒ **NO.**    I am not applying for adjustment of status for any of these reasons.  *(Go to next question.)*

    ☐ **YES.**    I am applying for adjustment of status for any one of these reasons. *(If you answered "YES", do not file this form.)*

**Part C. Additional eligibility information** *(Continued).*

2. **Do any of the following conditions describe you?**

   a. You are already a lawful permanent resident of the United States.

   b. You have continuously maintained lawful immigration status in the United States since November 5, 1986.

   c. You are applying to adjust status as the spouse or unmarried minor child of a United States citizen or the parent of a U.S. citizen child at least 21 years of age, and you were inspected and lawfully admitted to the United States.

   ☒NO.    None of there conditions describe me.  *(Go to next question.)*

   ☐ YES.   *If you answered "YES", do not file this form.*

**Part D. Fees.**

Aliens filing this form with Form I-485* need to pay the following fees:

   $   255 Fee required with Form I-485 and

   $    50 Fingerprint Service Fee. (Applicants younger than 14 or older than 79 years of age do not have to pay this fee.)

   $ 1,000 Fee required with Supplement A to Form I-485

If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1,000.

There are two categories of applicants using this form who do not need to pay the $1,000 fee:

   1. applicants under the age of 17 years; and

   2. applicants who are an unmarried son or daughter of a legalized alien and less than 21 years of age or the spouse of a legalized alien, and have attached a copy of a receipt to an approval notice showing that a Form I-817, Application for Voluntary Departure under the Family Unity Program, has been properly filed.

**Part E. Signature.**    *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit being sought.

| Signature | Print Name | Date |
|---|---|---|
|  | LIN, He Yin | 3/22/04 |

**Part F. Signature of person preparing form, if other than above.**    *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that I prepared this form at the request of the above person and that to the best of my knowledge the contents of this application are all true and correct.

| Signature | Print Name | Date |
|---|---|---|
| Yee Ling Poon /SH |  | 3/22/0x |

| Firm Name and Address | Daytime Phone Number *(Area Code and Number)* | 212-385-4575 |
|---|---|---|
| LAW OFFICES OF YEE LING POON 11 EAST BROADWAY, SUITE 5A NEW YORK, NEW YORK 10038 | Fax Number *(Area Code and Number)* | 212-385-4792 |

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**



| (Family name) LIN | (First name) He Yin | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 06/14/1968 | NATIONALITY Chinese | FILE NUMBER A-73-166-544 |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) None | CITY AND COUNTRY OF BIRTH ChangLe, P.R.China | SOCIAL SECURITY NO. (If any)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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | LIN | Jian Jian | 10/03/29 ChangLe, PRC | ChangLe, PRC |
| MOTHER (Maiden name) | CHEN | Jin Jiao | 06/12/36 ChangLe, PRC | ChangLe, PRC |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) WU | FIRST NAME Chun Xiao | BIRTHDATE 08/23/71 | CITY & COUNTRY OF BIRTH OuHai, PRC | DATE OF MARRIAGE 06/11/96 | PLACE OF MARRIAGE New York, NY |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) None | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 115-95 Lefferts Blvd. #2R | South Ozone Park NY | | USA | 10 | 99 | PRESENT TIME | |
| 127 Avenue C, 1/Fl. | Brooklyn | NY | USA | 10 | 98 | 10 | 99 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH YEAR |
|---|---|---|---|---|
| Airport Laundromate, Inc. - 115-95 Lefferts Blvd. South Ozone Park, NY Owner | Owner | 10 | 99 | PRESENT TIME |
| Master Wok - 361 7th Ave., Brooklyn, NY | Worker | | 95 | 09 99 |
| | | | | |
| | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | |
|---|---|---|---|---|
| | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): I-485 Application | SIGNATURE OF APPLICANT | DATE 3/22/0Y |
|---|---|---|

**Submit all four pages of this form.**

If your native alphabet is other than roman letters, write your name in your native alphabet here:

林 恒 银

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) LIN | (Given name) He Yin | (Middle name) | (Alien registration number) A73-166-544 |
|---|---|---|---|



## NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re: | LIN, He Yin<br>I-485 Application | DATE  3/22/04 |
| | | FILE No.  A73-166-544 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| NAME | LIN, He Yin | ☐ Petitioner  ☒ Applicant |
| | | ☐ Beneficiary  ☐ |
| ADDRESS | (Apt. No.)  (Number & Street)  (City)  (State)  (ZIP Code) |
| | #2R  115-95 Lefferts Blvd.  South Ozone Park  NY  11420 |

| NAME | | ☐ Petitioner  ☐ Applicant |
| | | ☐ Beneficiary  ☐ |
| ADDRESS | (Apt. No.)  (Number & Street)  (City)  (State)  (ZIP Code) |

Check applicable item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

__New York State and Federal District Court_____ and am not under a

(Name of Court)

court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
| | Law Offices of Yee Ling Poon<br>11 East Broadway, 5th Floor<br>New York, NY 10038 |
| NAME (Type or Print)<br>Yee Ling Poon | TELEPHONE NUMBER<br>212-385-4575  Fax: 212-385-4792 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: _____

(Name of Attorney or Representative)

THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
| LIN, He Yin | | 3/22/04 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28
(Rev. 10-25-79)N

(OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>March 03, 2005 |
|---|---|

| CASE TYPE<br>**FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS** | A#<br>A 073 166 544 |
|---|---|

| APPLICATION NUMBER<br>MSC0418911684 | RECEIVED DATE<br>April 01, 2004 | PRIORITY DATE<br>April 01, 2004 | PAGE<br>1 of 1 |
|---|---|---|---|

| APPLICANT NAME AND MAILING ADDRESS | PLEASE COME TO: U.S. Citizenship and Immigration Services |
|---|---|
| HE YIN LIN<br>115 95 LEFFERTS BLVD APT 2R<br>SOUTH OZONE PARK NY 11420 | 711 STEWART AVENUE<br>2ND FLOOR SECTION 245<br>GARDEN CITY NY 11530 |

1

ullullullullullu

**ON:** Thursday, August 04, 2005

**AT:** 08:00 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

### Who should come with you?

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

### What MUST you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

### What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT**, even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).**

APPLICANT COPY



Form I-797C (Rev. 11/08/03) N

LAW OFFICES OF
# YEE LING POON

潘綺玲 律師樓

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

August 15, 2005

USCIS
711 Stewart Avenue
Garden City, NY 11530
ATTN: D.A.O. Villaume

Re:　**Submission of Evidence**
　　　LIN, He Yin　　　A73-166-544
　　　Adjustment Interview Date:　08/04/2005

Dear Officer Villaume:

As per your request, enclosed please find the above applicant's Medical Examination Form I-693 and Supplemental Form I-693.

Thank you for your attention.


Very truly yours,

Siu Ling Pun



# United States Citizenship & Immigration Services

ADJUSTMENT OF STATUS UNIT (SECTION 245) • 711 STEWART AVENUE • GARDEN CITY • NEW YORK • 11530

He Yin Lin
115 95 Lefferts Blvd.
South Ozone Park, NY  11420

DATE: August 4,  2005
FILE NO: A 73 166 544

## PLEASE RETURN REQUESTED MATERIAL BY: <u>SEPTEMBER 4, 2005</u>

## PLEASE SUBMIT THE FOLLOWING DOCUMENTS:

1. Employment letter from the beneficiary.
2. Please submit copies of Form 1040 along with W-2 Forms for years 2004, 2003, 2002. Form 1040 must show it has been filed correctly with the IRS and indicates it has been received.
3. Have the civil surgeon completely fill out the Form I-693 Supplement and submit to me in a sealed envelope.
4. I-601 Waiver and supporting documents.
5. Any Proof of Marital Union such as copies of bills, driver's licenses, credit card statements, with both names, proof of health insurance coverage and life insurance showing your spouse as beneficiary.
6. Family Pictures from 2001 and 2002
7. The supporting documents needed for the Form I-864-2003, 2002, W-2 Forms or transcript from IRS.
8. Copies of the divorce decrees for you and your petitioner.

PLEASE MAIL THE REQUESTED INFORMATION **WITH THIS LETTER** TO:

> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
> 711 STEWART AVENUE
> GARDEN CITY, NEW YORK  11530
> ATTN.: D. A. O. VILLAUME

C.C.: SIU LING PUN, ESQ.

Lin, He Yin

I-693

Lin, He Yin

Supplement Form I-693

file(

**8TH FL**
**ROOM 800**

## U.S. CITIZENSHIP AND IMMIGRATION SERVICES

### INQUIRY

PLEASE fill out ALL parts of this form. Writing inquires may be left in
8Th Fl. Room 800.  All inquires will be responded to by mail. <u>There will be No exception!</u>

SEC:245

Today date 2/9/06 Type of application/Petition:I-130 ____ I-485 ____ Other ____

Name of Applicant FIRST NAME:   *He Yin*

LAST NAME:   *LIN*

Name of person Filing Inquiry (who should we call?) *Law Offices of Yee Ling Poon*

Applicant's date of birth *14/06/1968* Applicant's country of birth *P. R. China*
                          dd/mm/year

Applicant's Alien Registration # (File #) ____ *73-166-544*

Applicant's Telephone #                     Representative's Telephone #

*(718)  845 - 7837*                          *(212)  385 - 4575*

Applicant's Present Address:                Representative's Address:

                                            *Law Offices of Yee Ling Poon*
Name                                        Name
*115-95 Lefferts Blvd.*                      *11 E Broadway    , 5/R.*
Street              Apt #                    Street              Apt #
*South Ozone Park, NY 11420*                 *New York    N.Y    10038*
City      State      ZIP Code               City      State      ZIP Code

Have you been interviewed? Yes/No. If Yes When? *08/04/2005*

Who was your Interviewing Officer? *DAO Villaume*

When was your Application filed? *04/06/2004*

Reason for Inquiry? *I haven't received your decision*
*since I was interviewed.*

Please complete ALL parts of this form, be as specific as possible. Failure to complete
this form completely will result in significant delays in our response to your Inquiry.



**Name: Chun Xiao Wu**

**Appointment Question about case
Type:**

**Confirmation No.: NYC-06-17831**    **Authentication Code: 2c31**

**Appointment** February 9, 2006    **Appointment Time: 9:00 AM**
**Date:**

**Location: 26 FEDERAL PLAZA, New York, NY 10278; Room 310**

Please be on time. Failure to show up on time will result in the cancellation of
your appointment. You will then need to reschedule your appointment. You will
not be admitted more than 15 minutes before your scheduled appointment time.

- **You must appear in person and bring photo identification along with this
  appointment letter.**
- **Acceptable forms of identification are any of the following: Government
  issued identification, passport, valid driver's license, I-94, Work
  Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all
  applicable immigration forms, letters, receipts, translations and originals
  of supporting documents.**

## This is your Confirmation Number:



*NYC-06-17831*

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
*15706*

LAW OFFICES OF
# YEE LING POON

潘綺玲 律師樓

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

October 19, 2006

USCIS
711 Stewart Avenue
Garden City, NY 11530
ATTN: D.A.O. Villaume

|  | **Request for Status** |  |
| --- | --- | --- |
| **Re:** | **LIN, He Yin** | **A73-166-544** |
|  | **Last Adjustment Interview Date:** | **08/04/2005 at 8:00 AM** |

Dear Officer Villaume:

The above-referenced alien had his Adjustment Interview with you on 08/04/2005.   It has been **more than 14 months**, but we have not received your decision or further notice from you since.

Please look into this matter and advise us the status or make a decision on this case as soon as possible..

Thank you for your attention and prompt response.

Very yours truly,

Yee Ling Poon /sh
Yee Ling Poon

YLP/sh
Encl.



# United States Citizenship
# & Immigration Services

---

ADJUSTMENT OF STATUS UNIT (SECTION 245) • 711 STEWART AVENUE • GARDEN CITY • NEW YORK • 11530

He Yin Lin
115 95 Lefferts Blvd.
South Ozone Park, NY 11420                    **DATE: August 4, 2005**
                                             **FILE NO: A 73 166 544**

## PLEASE RETURN REQUESTED MATERIAL BY: <u>SEPTEMBER 4, 2005</u>

## PLEASE SUBMIT THE FOLLOWING DOCUMENTS:

1. Employment letter from the beneficiary.
2. Please submit copies of Form 1040 along with W-2 Forms for years 2004, 2003, 2002. Form 1040 must show it has been filed correctly with the IRS and indicates it has been received.
3. Have the civil surgeon completely fill out the Form I-693 Supplement and submit to me in a sealed envelope.
4. I-601 Waiver and supporting documents.
5. Any Proof of Marital Union such as copies of bills, driver's licenses, credit card statements, with both names, proof of health insurance coverage and life insurance showing your spouse as beneficiary.
6. Family Pictures from 2001 and 2002
7. The supporting documents needed for the Form I-864-2003, 2002, W-2 Forms or transcript from IRS.
8. Copies of the divorce decrees for you and your petitioner.

PLEASE MAIL THE REQUESTED INFORMATION **WITH THIS LETTER** TO:

> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**
> **711 STEWART AVENUE**
> **GARDEN CITY, NEW YORK  11530**
> **ATTN.: D. A. O. VILLAUME**

C.C.: SIU LING PUN, ESQ.

LAW OFFICES OF
# YEE LING POON

潘綺玲 律師樣

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

February 8, 2007

U.S. Citizenship & Immigration Services
711 Stewart Avenue
Garden City, NY 11530
Attn: D.A.O. Villaume

**Request for Status**

Re:  LIN, He Yin                          A73-166-544
     Last Adjustment Interview Date:       08/04/2005 at 8:00 AM

**RECEIVED**
**FEB 12 2007**

Dear Officer Villaume:

　　　This is the **second** inquiry we have made regarding this application. Since the last interview it has been **nearly eighteen months**, and we have not yet received any further notice or decision from you since.

　　　Please look into this matter and advise us the status of this case or make a decision as soon as possible.

　　　Thank you for your attention and prompt response.

Very truly yours,

*Yee Ling Poon/sh*

Yee Ling Poon

YLP/sh
Encl.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| **REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW** | March 03, 2005 |

| CASE TYPE | A# |
|---|---|
| **FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS** | A 073 166 544 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| MSC0418911684 | April 01, 2004 | April 01, 2004 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS    **PLEASE COME TO:**  U.S. Citizenship and Immigration Services

HE YIN LIN
115 95 LEFFERTS BLVD APT 2R
SOUTH OZONE PARK NY 11420

711 STEWART AVENUE
2ND FLOOR SECTION #4
GARDEN CITY NY 11530

RECEIVED FEB 1 2 2007

1

**ON:**    Thursday, August 04, 2005
**AT:**    08:00 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**What MUST you bring?**
- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**
- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT**, even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).**

APPLICANT COPY



Form I-797C (Rev. 11/08/02) N

U.S. Department of Homeland Security



**U.S. Citizenship
and Immigration
Services**

APR 3 0 2007

YEE LING POON, ESQ.
RE: HE YIN LIN
11 EAST BROADWAY SUITE 5A
NEW YORK, NY 10038

Dear Sir or Madam:

You recently submitted an inquiry to the California Service Center (CSC) via fax or letter.  However, USCIS has launched a new referral tracking system through our National Customer Service Center.  To ensure that customer inquiries are handled as effectively and quickly as possible, we are no longer accepting inquiries via fax or letter. Instead, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at *1-800-375-5283*.  The National Customer Service Center will forward and track your inquiry with us to resolution.

Please note that we will continue to accept expedite requests via fax at 949-389-3441.  Expedite requests must meet the criteria noted on our website at www.uscis.gov.

Please note that USCIS provides a case-status on-line inquiry service on our website at www.uscis.gov. Finally, the USCIS website also includes a chart that reports current processing dates for particular applications and petitions in relation to the date the application or petition was filed.  The USCIS processes cases in the order received.

If you have submitted a change of address to the California Service Center (CSC) via fax or letter, it has been handled locally. If you have not completed Form AR-11, an Alien's Change of Address card, please complete and forward to the proper address shown on the bottom of Form AR-11.

Thank you.

California Service Center
Congressional & Customer Relations Division



**U.S. Department of Homeland Security**

**U.S. Citizenship
and Immigration
Services**

LAW OFFICES OF YEE LING POON
11 EAST BROADWAY, SUITE 5A
NEW YORK 10038

A-Number / Receipt Number:

*A 73 166 544*

Dear Sir or Madam:

Thank you for your recent inquiry to the California Service Center (CSC) via fax or letter for information regarding your case status. USCIS has launched a new referral tracking system through our National Customer Service Center. To ensure that customer inquiries are handled as effectively and quickly as possible, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at *1-800-375-5283*. The National Customer Service Center will track your inquiry with us to resolution.

Please note that we will continue to accept expedite requests via fax at 949-389-3441. Expedite requests must meet the criteria noted on our website at http://www.uscis.gov/portal/site/uscis - click on the "**My Case is Pending**" link.

Most importantly, USCIS provides a case-status online inquiry service on our website at www.uscis.gov – just click on the "**Case Status & Processing Dates**" link. Finally, the USCIS website also includes a chart that reports current processing dates for particular applications and petitions in relation to the date the application or petition was filed. The USCIS processes cases in the order received.

Thank you.

California Service Center
General Inquiry Response Rev. 1-24-07

**U.S. Department of Homeland Security**
Jacob Javits Federal Building
26 Federal Plaza
New York,NY 10278



**U.S. Citizenship
and Immigration
Services**

Tuesday, May 29, 2007

YEE LING POON
LAW OFFICE OF YEE LING POON
11 E BROADWAY 5TH FL
NEW YORK NY 10038

**ATTORNEY/PARALEGAL COPY**

HE YIN LIN
115-95 LEFFERTS BLVD APT 2-R
SOUTH OZONE PARK NY 11420

Dear HE YIN LIN:

On 05/02/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | LIN, CHRISTY |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | YEE LING POON |
| **Case type:** | I485 |
| **Filing date:** | 04/01/2004 |
| **Receipt #:** | MSC-04-189-11684 |
| **Beneficiary (if you filed for someone else):** | LIN, HE YIN |
| **Your USCIS Account Number (A-number):** | A73166544 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. CIS - 05-29-2007 03:23 PM EDT - MSC-04-189-11684

U.S. Citizenship and Immigration Services



Home   Contact Us   Site Map   FAQ

Search   

Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |
|---|---|---|---|---|---|

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

**Case Status Search**

**Register**

**Login**

**Receipt Number: msc0418911684**

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: Fingerprints review completed.**

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our NATIONAL BENEFITS CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

**05-02-2007 11:30 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Immigration and Naturalization Service                          Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>MSC-04-189-11684 | | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|---|
| Received Date:<br>April 06, 2004 | Priority Date: | Applicant:     A073166544<br>                      LIN, HE YIN |
| Notice Date:<br>April 14, 2004 | Page     1 OF 1 | ASC Code:     3 |

| YEE LING POON<br>11 EAST BROADWAY 5TH FLOOR<br>NEW YORK NY 10038 | Notice Type:          Receipt Notice<br><br>Amount Received:     $1,305.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

### FINGERPRINTING AND BIOMETRICS-
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
·      a passport or national photo identification issued by your country,
·      a driver's license,
·      a military photo identification, or
·      a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283

Form I-797C (Rev. 09/07/93) N




Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

 
Print This Page     Back

# U.S. Citizenship and Immigration Services
# New York City NY Processing Dates
# Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you

haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **New York City NY** Posted July 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|-----------------------------------------|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | October 26, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | March 30, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | March 30, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | December 12, 2006 |
| N-600 | Application for Certification of Citizenship | February 17, 2007 |



Print This Page    Back

**07-19-2007 05:36 PM EDT**

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE

**United States Postal Service®**

**DELIVERY CONFIRMATION™**

DELIVERY CONFIRMATION NUMBER:

0305 2710 0001 4857 2454

0305 2710 0001 4857 2454

Lin He Yin

PS Form 152, May 2002

---

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE

www.usps.com

From:

LAW OFFICES OF YEE LING POON
11 EAST BROADWAY, 5th Floor
NEW YORK, NEW YORK 10038

Lin 73 - 166 - 564

**TO:** Andrea Quarantillo
26 Federal plaza
New York NY 10278

Label 228   July 2002

**2. PAYMENT METHOD**
Affix postage or meter strip to area
indicated in upper right hand corner.

**3. ATTACH LABEL** (Optional)
Remove label backing and
affix in designated location.

**4.** Bring your Priority Mail packag
a post office, present it to you
or call 1-800-222-1811 for pic
Stamped mail may be deposit
collection box **ONLY** if it weig
than 16 ounces.

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To:** (to be completed by mailer)
(Please Print Clearly)

Andrea Quarantillo
26 Federal Plaza
New York NY 10278

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

HO

---

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely
confined within the envelope with the adhesive provided as the means of closure. Domestic use only.

# PRIORITY MAIL

UNITED STATES POSTAL SERVICE

## United States Postal Service®

## DELIVERY CONFIRMATION™

WWW.USPS.COM

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

From:

LN 73-166-544

LAW OFFICES OF YEE LING POON
11 EAST BROADWAY, 5th Floor
NEW YORK, NEW YORK 10038

TO: USAO for SDNY
86 Chambers St., 3rd Floor
New York NY 10007

◀ Complete address information or place label here ▶

Label 228    July 2002

**2. PAYMENT METHOD**
Affix postage or meter strip to area
indicated in upper right hand corner.

**3. ATTACH LABEL (Optional)**
Remove label backing and
affix in designated location.

**4.** Bring your Priority Mail package to
a post office, present it to you...
or call 1-800-222-1811 for pic...
Stamped mail may be deposit...
collection box **ONLY** if it weig...
than 16 ounces.

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

USAO for SDNY
86 Chambers St., 3rd Floor
New York NY 10007

DELIVERY CONFIRMATION NUMBER:

0305 2710 0000 7398 9420

0305 2710 0000 7398 9420

Postmark
Here

Lin He Yin

PS Form 152, May 2002

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

*Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure. Domestic use only.*



## UNITED STATES POSTAL SERVICE® CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO:
ADDRESS  07 cv 7736 (LAP)
C.O.D.OR USED FOR

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER 11341134595
YEAR, MONTH, DAY 2007-08-15
POST OFFICE 114201
AMOUNT $350.00
CLERK 0001

---

ORIGINAL-WHITE          DUPLICATE-YELLOW          TRIPLICATE-PINK

RECEIPT FOR PAYMENT
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF NEW YORK**

E 625839

RECEIVED FROM  He Yin Lin      at _____

07 cv 7736 (LAP)

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
INVOICE #81592
DATE\TIME: 8/30/2007 2:30:10 PM
CASHIER: SAYRA #3
STATION: 01
================================
1   COMPLAINT 4/06            $350.00
    086900    $60.
    510000    $190.00
    086400    $100.00
================================
GRAND TOTAL                   $350.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK 

| DATE: | | Cash | Check | M.O. | Credit |
|---|---|---|---|---|---|
| 20 | | | | | |