UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
HE YIN LIN,                                              :
:
Plaintiff,                         :        **ECF CASE**
:
v.                                        :
:
MICHAEL CHERTOFF, et al.,                               :        07 Civ. 7736 (LAP)
:
Defendants.                        :        <u>NOTICE OF APPEARANCE</u>
-------------------------------------------------------- x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        September 12, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                        By:     /s/ _____
                                        SHANE P. CARGO
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2711
                                        Facsimile: (212) 637-2786
                                        Email: shane.cargo@usdoj.gov

TO:     Yee Ling Poon, Esq.
        11 East Broadway, 5th Floor
        New York, NY 10038