USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HE YIN LIN,

                    Petitioner,

        - against -

MICHAEL CHERTOFF, *et al.*,

                    Respondents.

**Dkt. No. 07 Civ. 7736 (LAP)**

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties, that the above-captioned action is dismissed with prejudice and without

costs or attorney's fees to any party.

New York, New York
January 22, 2008

LAW OFFICES OF YEE LING POON
Attorney for Petitioner


Yee Ling Poon, Esq.
11 E. Broadway, 5th Floor
New York, NY 10038
Tel. (212) 385-4575
Fax (212) 385-4792

New York, New York
January 23, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents


Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax (212) 637-2786

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

SO ORDERED:

Hon. Loretta A. Preska, U.S.D.J.
United States District Judge

LORETTA A. PRESKA, U.S.D.J.

January 28, 2008

RECEIVED

JAN 2 5 2008

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

– Page 1 of 1 –

A73-166-544